UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STEVEN LAWRENCE, PAUL MERR, and NEIL AMERSON,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER ROBINS WRECKER & TOWING SERVICES, INC., DAVID L. GUEST, and IRENE GUEST,<br><br>Defendants. | **Civil Action File No.**<br><br>5:15-cv-472-MTT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties to the above-styled action, by and through their respective undersigned counsel and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), file this stipulation of dismissal with prejudice dismissing all claims and concluding this action in its entirety with prejudice.  The parties shall bear their own fees, costs, and expenses.

Respectfully submitted on August 22, 2017.

| | |
|---|---|
| *s/ Regan Keebaugh* | *s/ Alyssa K. Peters* |
| Regan Keebaugh | W. JONATHAN MARTIN II |
| Georgia Bar No. 535500 | Georgia Bar No. 474590 |
| regan@decaturlegal.com | ALYSSA K. PETERS |
| | Georgia Bar No. 455211 |
| Radford & Keebaugh, LLC | |
| 315 W. Ponce De Leon Ave. | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| Suite 1080 | |
| Decatur, GA 30030 | 577 Mulberry Street, Suite 710 |
| 678-271-0300 (telephone) | Macon, Georgia 31201 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## Certificate of Service

I certify that on August 22, 2017 I filed the foregoing document using the Court's CM/ECF system, which will send email notification of such filing to all attorneys of record in this matter.

            *s/ Regan Keebaugh*
            Regan Keebaugh
            Georgia Bar No. 535500